UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| AMERICAN MODERN PROPERTY and CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ANTOINETTE FERNANDO, et al.,<br><br>Defendants. | Case No. 1:23CV 73 ACL |

## JUDGMENT

Pursuant to the Memorandum and Order entered on this date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment be and it is entered in favor of Plaintiff American Modern Property and Casualty Company and against Defendants Antoinette Fernando, Joseph Fernando, R.K., and C.K., on Plaintiff's First Amended Complaint for Declaratory Relief.

Dated this 21st day of May, 2024.

*abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE